RWP/sls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6134**-CR-DIMITROULEAS

18 USC 1542
18 USC 1001(a)(3)
18 USC 1621

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA

v.

YVONNE RHODEN MORGAN,

        Defendant.
_____/

FILED by _____ D.C.

MAY 16 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### INDICTMENT

The Grand Jury charges that:

#### COUNT I

On or about April 6, 2000, at Broward County, in the Southern District of Florida, the defendant,

        YVONNE RHODEN MORGAN,

did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for the use of her infant son, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that her infant son, BI Jaon Donald Rhule, was a citizen of the United



States, when in truth and in fact, and as the defendant then and there well knew, BI Jaon Donald Rhule was not a citizen of the United States; in violation of Title 18, United States Code, Section 1542.

### COUNT II

On or about April 6, 2000, at Broward County, in the Southern District of Florida, the defendant,

YVONNE RHODEN MORGAN,

in a matter within the jurisdiction of the United States Department of State, an agency of the executive branch of the Government of the United States, did knowingly and willfully use a false document knowing the same to contain a materially false, fictitious, and fraudulent statement, in that the defendant presented the birth certificate of a BI Jaon Donald Rhule, born in the U.S. Virgin Islands, claiming this to be her son's own birth certificate, in an attempt to induce and secure the issuance of a United States passport, when in truth and in fact, and as the defendant then and there well knew, this was not the birth certificate of her son BI Jaon Donald Rhule and he was not a citizen of the United States; in violation of Title 18, United States Code, Section 1001(a)(3).

### COUNT III

On or about April 6, 2000, at Broward County, in the Southern District of Florida, the defendant,

YVONNE RHODEN MORGAN,

having duly taken an oath, before Norma Mendieta, a competent passport agent of the Department of State, duly authorized and empowered by the Secretary of State to administer oaths under the provisions of Title 22, United States Code, Section 213, to verify the truth of recitals in applications for passports, that the written declarations she had made on her infant son's application for a United States passport were true, did willfully and knowingly and contrary to said oath state material matters which she then and there did not believe to be true, in that she stated under oath as aforesaid that her infant son, BI Jaon Donald Rhule, was born in the U.S. Virgin Islands, when in truth and in fact and as the defendant then and there well knew, her infant son was not born in the U.S. Virgin Islands; in violation of Title 18, United States Code, Section 1621.

A TRUE BILL

FOREPERSON

THOMAS E. SCOTT
UNITED STATES ATTORNEY

ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA           CASE NO. _____

v.

YVONNE RHODEN MORGAN              **CERTIFICATE OF TRIAL ATTORNEY***
_____    **Superseding Case Information:**

**Court Division:** (Select One)           New Defendant(s)       Yes ___  No ___
                                            Number of New Defendants  ___
___ Miami  ___ Key West                    Total number of counts     ___
_X_ FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) _NO_____
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                         (Check only one)

   I    0 to 5 days      _X_        Petty       ___
   II   6 to 10 days     ___        Minor       ___
   III  11 to 20 days    ___        Misdem.     ___
   IV   21 to 60 days    ___        Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

Has a complaint been filed in this matter?    (Yes or No) NO_____
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers:_____
Defendant(s) in federal custody as of_____
Defendant(s) in state custody as of _____
Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No) _NO_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _ Yes_X_No   If yes, was it pending in the Central Region? _ Yes_ No

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
FLA. BAR NO. 341411

*Penalty Sheet(s) attached                                 REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __YVONNE RHODEN MORGAN__   No.: _____

**Count #:1**
PASSPORT FRAUD

Title 18, United States Code, Section 1542

*Max. Penalty: 10 Years' Imprisonment; and a $250,000 fine

**Count #: 2**
FALSE DOCUMENTATION

Title 18, United States Code, Section 1001(a)(3)

*Max. Penalty: 5 Years' Imprisonment; and a $250,000 fine

**Count #: 3**
PERJURY

Title 18, United States Code, Section 1621

*Max. Penalty: 5 Years Imprisonment; and a $250,000 fine

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

1 of 1

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

00-cr-6134-cr-(WPD)

No. FL 04159

# UNITED STATES DISTRICT COURT
**Southern** District of **Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

YVONNE RHODEN MORGAN,

### INDICTMENT
18 USC §1542
18 USC §1001(a)(3)
18 USC §1621
18 USC §2

A true bill

_____
Foreperson

Filed in open court this _____ day;

of _____ A.D. 19 _____

_____
Clerk

Bail, $ _____