# *United States District Court*

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

YVONNE RHODEN MORGAN

**WARRANT FOR ARREST**

CASE NUMBER: **00-6134**

CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest  YVONNE RHODEN MORGAN
                                              Name

### and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment  |   | Information  |   | Complaint  |   | Order of court  |   | Violation Notice  |   | Probation Violation Petition

**charging him or her with** (brief description of offense) **knowingly and willfully, make a false statement in an application for a passport with the intent to induce and secure the issuance of passports and the rules prescribed pursuant to such law.**

in violation of Title **18** United States Code, Section(s) **1542**

__Clarence Maddox__
Name of Issuing Officer

__Court Administrator/Clerk of the Court__
Title of Issuing Officer

Signature of Issuing Officer: /s/ Benny Butler

Date and Location: May 16, 2000 - Ft. Lauderdale, FL

Bail fixed at $ Pretrial Detention

by **BARRY S. SELTZER**
**UNITED STATES MAGISTRATE JUDGE**
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**



DEFENDANT'S NAME: YVONNE RHODEN MORGAN

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS:  US DEPARTMENT OF STATE    536-5781