## United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____  476693

UNITED STATES OF AMERICA

V.

YVONNE RHODEN MORGAN

FILED by _____ D.C.

MAY 2 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**WARRANT FOR ARREST**

CASE NUMBER: **00-6134**

**CR - DIMITROULEAS**

MAGISTRATE JUDGE
SNOW

TO:  **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest__YVONNE RHODEN MORGAN_____
Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

| X Indictment | Information | Complaint | Order of court | Violation Notice | Probation Violation Petition |

charging him or her with (brief description of offense) **knowingly and willfully, make a false statement in an application for a passport with the intent to induce and secure the issuance of passports and the rules prescribed pursuant to such law.**

in violation of Title **18** United States Code, Section(s) **1542**

__Clarence Maddox_____   __Court Administrator/Clerk of the Court__
Name of Issuing Officer                                         Title of Issuing Officer

[signature]                                         May 15, 2000 - Ft. Lauderdale FL
Signature of Issuing Officer                              Date and Location

Bail fixed at $ __Pretrial Detention__              by **BARRY S. SELTZER** [signature]
                                                        **UNITED STATES MAGISTRATE JUDGE**
                                                        Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/16/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 5/25/2000 | FOR: FBI | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:



DEFENDANT'S NAME: <u>YVONNE RHODEN MORGAN</u>

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS:  <u>US DEPARTMENT OF STATE     536-5781</u>