UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55519-004

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR 00-6134-cf Dimi
                          ) REPORT COMMENCING CRIMINAL
    -vs-                  ) ACTION
                          )
YVONNE RHODEN MORGAN
            Defendant

*********************************************************

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

*********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 5/25/2000    11:00 am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: 18 USC 1542, PASSPORT FRAUD

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 07/06/~~64~~ 1964

(6) Type of Charging Document: (check one)
    [✓] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SO. OF FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ PTD
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____    (9) Arresting Officer: CHRISTOPHER GILLIS

(10) Agency: DSS, US DEPT. STATE (11) Phone: (305) 536-5781

(12) Comments: _____

FILED by
MAY 26 2000
CLARENCE MADDOX
S.D. OF FLA. FT. LAUD.