COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: YVONNE RHODEN MORGAN (J)   CASE NO: 00-6134-CR-DIMITROULEAS
AUSA: ROGER POWELL / Ryan   ATTY: _____
AGENT: USSD AGENT GILLIS   VIOL: 18 USC 1542
PROCEEDING I/A ON INDICTMENT   RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no   COUNSEL APPOINTED
   BOND SET @ 150,000 PSB

FILED by _____ D.C.
MAY 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

   SPECIAL CONDITIONS:
1) To be cosigned by: _____
2) Rpt to PTS  /  x's a wk /month by phone;  /  x's a wk /month in person
3) Travel extended to: _____

1) Surrender passport by 4pm 5-26-00

advised of charges - sworn for
apptmt of counsel

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:  5-31  //  LSS
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:      5-31  //  LSS
                         REMOVAL HRG:
                         STATUS CONF:

Date: 5-25-00   Time 3:00   FTL/LSS TAPE #00- 026  Begin: 1053  End: 1345