**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-6134-CR-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff,

v.

YVONNE RHODEN MORGAN
    Defendant.
_____/

**ORDER ON INITIAL APPEARANCE** FILED by _____ D.C.
Language  English
Tape No.  00- 026
AUSA  Roger Powell
Agent    USSD Agent Gillis

MAY 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above-named defendant having been arrested on 5-25-00, having appeared before the court for initial appearance on 5-25-00 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _____None_____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at //
   on _____ May 31 _____.
4. Arraignment/Preliminary/Removal/Identity hearing is set for May 31 at // before Judge Snow
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____

A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _____ at _____ before Judge _____.
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _Bond set @ /50,000 PSB_

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
  ✓ a. Surrender all passports and travel document to the Pretrial Services Office.
  ✓ b. Report to Pretrial Services as follows: _____ times a week/month by phone, ✓ time a week/month in person; other: _____
  ___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
  ___ d. Maintain or actively seek full time gainful employment.
  ___ e. Maintain or begin an educational program.
  ___ f. Avoid all contact with victims of or witnesses to the crimes charged.
  ___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
  ___ h. Comply with the following curfew: _____
  ___ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.



__j. Comply with the following additional special conditions of this bond: _____

This bond was set: At Arrest _____
On Warrant _____
After Hearing __X__

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Ft. Lauderdale, Florida this 25TH day of MAY, 2000.

*Lurana S. Snow*
U. S. MAGISTRATE JUDGE
LURANA S. SNOW

cc: Assistant U.S. Attorney
Defendant
Counsel
Copy for Judge
Pretrial Services/Probation