## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: YVONNE RHODEN MORGAN          CASE NO: 00-6134-CR-DIMITROULEAS
AUSA: ROGER POWELL /Thompson/        ATTY: ALVIN ENTIN
AGENT:                               VIOL:
PROCEEDING ARRAIGNMENT               RECOMMENDED BOND
BOND HEARING HELD - yes/no           COUNSEL APPOINTED
____ BOND SET @
____ SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

FILED MAY 3 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

Reading of Indictment Waived
Not guilty plea entered
_____
Standing Discovery Order requested

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:
                        PTD/BOND HRG:
                        PRELIM/ARRAIGN:
                        REMOVAL HRG:
                        STATUS CONF:   6-16       11         BSS

Date: 5-31-00   Time 11:00   FTL/LSS TAPE #00- 027   Begin: 2080   End: 2160

