UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　CASE NO.: 00-6134-CR-DIMITROULEAS

　　Plaintiff,

vs.

YVONNE RHODEN MORGAN,

　　Defendant.
_____/

## NOTICE OF UNAVAILABILITY

COMES NOW counsel for Defendant Yvonne Rhoden Morgan, and files this his Notice of Unavailability from July 14, 2000 through and including August 7, 2000. The undersigned counsel hereby requests that no hearings or depositions or other discovery be scheduled during this time.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent this 7th day of June, 2000 to Roger Powell, Esquire, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

> ENTIN, MARGULES & DELLA FERA, P.A.
> 200 East Broward Boulevard
> Suite 1210
> Fort Lauderdale, Florida 33301
> Telephone: (954) 761-7201
> Facsimile: (954) 767-8343
>
> By: _____
> ALVIN E. ENTIN
> Fla. Bar No. 127027

