COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER   FORT LAUDERDALE

DEFT: Yvonne Rhoden Morgan (no deft)    CASE NO: 00-6134-CR-Dimitrouleas
AUSA: Roger Powell / Bruce Brown    ATTNY: Alvin Entin / Richard Della Fera
AGENT:    VIOL: Standing in
PROCEEDING: Status Conference    BOND REC:
BOND HEARING HELD - yes/no    COUNSEL APPOINTED:
BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

FILED by ___ D.C.
JUN 16 2000
CLARENCE MADDOX
CLERK U.S. DIST CT
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

[handwritten notes:]
Discovery will be
going out today
Not available
Stay to trial
No motions pending

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 6-16-00    TIME: 11:00am    TAPE # 00-051    PG # 7

3319.2425