UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6134-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

YVONNE ROHDEN MORGAN,

Defendant
_____/

## STATUS REPORT

A status conference was held in this cause on June 16, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it will today be forwarding its discovery response to the defense. The Government further informed the Court that there are no motions currently pending. The Government is ready to proceed in this matter and anticipates that it would require two days to try. A plea disposition, however, is likely.

2. Defense counsel informed the Court that he has not yet received the Government's discovery response.

DATED at Fort Lauderdale, Florida this 16th day of June 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Roger Powell, Esquire
Assistant United States Attorney

Alvin Entin, Esquire
Entin & Margules
200 East Broward Boulevard, Suite 1210
Fort Lauderdale, Florida 33301-1908
Attorney for Defendant