UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6134-CR-DIMITROULEAS

Plaintiff,

vs.

YVONNE RHODEN MORGAN,

Defendant.
_____/

## MOTION TO CONTINUE

COMES NOW the Defendant, Yvonne Rhoden Morgan, by and through her undersigned counsel and hereby files this Motion to Continue the Trial currently scheduled for Monday, July 3, 2000, and states unto the Court as follows.

1. The trial in this matter is currently scheduled for Monday, July 3, 2000 before the Honorable Wiliam Dimitrouleas.

2. During the week of July 3, 2000, undersigned counsel is scheduled to be in New York with his daughter to register her for college at NYU.

3. Undersigned counsel also advises this Honorable Court that he has long standing, pre-paid, non-refundable vacation plans with his family during the period of July 14, 2000 through August 7, 2000.

4. As a result, undersigned counsel respectfully requests that this trial be rescheduled during the period of August 10, 2000 through September 1, 2000.

5. On September 5, 2000, undersigned counsel is specially scheduled to begin trial in the case of United States of America v. Donovan Sibbley, Case No 97-233-CR-GOLD, pending before the Honorable Alan Gold, United States District Court for the



Southern District of Florida. This trial is estimated to last 2-3 weeks.

6. Additionally, on October 16, 2000, undersigned counsel is specially scheduled to begin trial in the case of <u>United States of America v. Patrick Farrington</u>, pending in the United States District Court in Augusta, Georgia. This trial is estimated to last 6 weeks.

WHEREFORE the Defendant, YVONNE MORGAN, respectfully requests that this Honorable Court grant the relief requested herein and any other relief that this Court deems just and proper.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent this 23rd day of June, 2000 to Roger Powell, Esquire, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

ENTIN, MARGULES & DELLA FERA, P.A.
200 East Broward Boulevard
Suite 1210
Fort Lauderdale, Florida 33301
Telephone:  (954) 761-7201
Facsimile:   (954) 767-8343

By: _____
ALVIN E. ENTIN
Fla. Bar No.: 127027