UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. 00-6134-CR-DIMITROULEAS

    Plaintiff,

vs.

YVONNE RHODEN MORGAN,

    Defendant.
_____/

### ORDER

THIS CAUSE having been heard upon Defendant's June 26, 2000 Motion To Continue,

the Court will defer ruling until the Calendar Call on June 30, 2000.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

27 day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Alvin Entin, Esquire
200 E. Broward Boulevard
#1210
Ft. Lauderdale, FL 33301

Roger Powell, AUSA

