**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6134-cr-WPD     DATE: June 30, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA   vs.   Yvonne Rhoden Morgan

U.S. ATTORNEY: Peter Houtter  Larry certified for     DEFT. COUNSEL: Alvin Entin

REASON FOR HEARING: Calendar Call / Status conf.

RESULT OF HEARING: Case to be resolved by way of plea. Deft's M/ Continue granted. The time from today until 7/5 is deemed excludable.

JUDGMENT: _____

CASE CONTINUED TO: 7/15/00     TIME: 1:00     FOR: Change of plea

MISC: _____

