UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

YVONNE RHODEN MORGAN
Defendant.
_____/

CASE NO. 00-6134-CR-DIMITROULEAS

**ORDER GRANTING CONTINUANCE**

This matter having come before the Court on June 30, 2000 on the Defendant's Motion

To Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to July 5, 2000 at 1:00

P.M.

ORDERED that the period from the date of this order to trial shall be deemed excludable

in computing the time within which the trial of this case must commence pursuant to Title 18,

U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the

trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED at Ft. Lauderdale, Florida, this 30 day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc:   Roger Powell, AUSA
      Alvin Entin, Esq.