# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



CASE NUMBER: 00-6134-CR-WPD   DATE: July 5, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.  Yvonne Rhoden Morgan

U.S. ATTORNEY: Roger Powell   DEFT. COUNSEL: Alvin Entin

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to plead guilty to Count 1. Gov't agrees to dismiss remaining Counts at sentencing. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 9/15/00   TIME: 11:00   FOR: Sentencing

MISC: Written plea agreement filed.

