UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6134-CR-DIMITROULEAS

    Plaintiff,

vs.

YVONNE RHODEN MORGAN,

    Defendant.
_____/

## DEFENDANT'S OBJECTION TO PRESENTENCE INVESTIGATION REPORT

COMES NOW the Defendant, Yvonne Rhoden Morgan, by and through her undersigned counsel, and hereby files this her Objections to the Presentence Investigation Report and states unto the Court as follows:

1. The Defendant objects to the probation officer's statement that the Defendant is a Jamaican citizen. In fact, the Defendant was naturalized as an United States citizen on August 11, 1996, naturalization no. 22811100. Defendant is in possession of a certificate of naturalization which she will bring to court at the time of her sentencing. Federal law prohibits photocopying of the certificate without lawful authority.

2. The Defendant objects to the statements made in paragraph 42 of the report. Defendant does not support the use of marijuana. As to Defendant's husband's place of business, there is one poster offered for sale which is satirical of President Clinton and his 1992 campaign statement wherein Mr. Clinton stated that he had smoked marijuana but did not inhale. This poster is merely political satire and in no way supports the use of marijuana. Additionally, the business offers for sale newspapers from the Country of Jamaica. These newspapers report on events and people just as any other newspaper in



this Country. It should be noted that Defendant has never tested positive for the presence of controlled substances.

3.     The Defendant also seeks to correct some information contained in the financial section of the presentence investigation report. Firstly, the Defendant's present income is not $2,368.00 but is approximately $1,600.00. On July 9, 2000, a patient for whom the Defendant cared for passed away. As a result, she is no longer receiving the approximate $700.00 per month that she was receiving for caring for this patient.

4.     The probation officer also failed to include certain monthly living expenses in the report. These are as follows:

- Medical insurance         $390.00
- School lunches for child  $100.00
- Prescription medications  $50.00
- Life insurance            $69.00
- Association fees for rental property  $60.00

5.     The Defendant also objects to the allegations made in paragraph 52 regarding a property purchased by the Defendant's husband in October of 1995. Attached to these objections are evidence of the Defendant's husband's school loans which, according to Defendant's husband, served as a partial source for the down payment on the subject property. The Defendant submits this information however, the probation officer is not entitled to proof from the Defendant's husband regarding a property purchased solely by the Defendant's husband.

WHEREFORE the Defendant respectfully requests that this Honorable Court grant the relief requested herein and any other relief that this Court deems just and proper.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent this 22nd day of August, 2000 to Roger Powell, Esquire, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and Frank E. Smith, United States Probation Officer, Federal Courthouse Building, 299 East Broward Boulevard, Room 409, Fort Lauderdale, Florida 33301-1865.

ENTIN, MARGULES & DELLA FERA, P.A.
200 East Broward Boulevard
Suite 1210
Fort Lauderdale, Florida 33301
Telephone:  (954) 761-7201
Facsimile:  (954) 767-8343

By:_____
ALVIN E. ENTIN
Fla. Bar No.: 127027

BARINGTON F MORGAN
7920 NW 89TH AVE
TAMARAC FL 33321-1512

ACCOUNT NUMBER: 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-1

Dear BARINGTON F MORGAN,                                    05/02/00

We have changed the payment terms for your loans starred(*) below.
Please note this change, and make your future payments accordingly.
Usually, terms change for one of the following reasons: 1) you reached
the end of a deferment or forbearance, 2) you requested lower payments,
3) your repayment option has changed, 4) your school separation date was
updated to a date earlier than previously reported, or 5) your interest
rate changed. This payment schedule replaces all previous schedules for
these loans. All the terms of your promissory notes remain in effect.

We will send new invoices. (If you have automatic debit, we will debit
your checking or savings account for the new payment amount next month.)
Your payment schedule follows. (This does NOT include any past due
amounts.)

| NUMBER OF PAYMENTS | PAYMENT AMOUNT | DUE DATE |
|---|---|---|
| 113 | 209.16 | 05/15/00 |
| 2 | 183.86 | 10/15/09 |

| | | |
|---|---|---|
| Unpaid Principal Balance: | $ | 16,901.12 |
| Accrued Interest to be Capitalized: | $ | 0.00 |
| Outstanding Late Fees | $ | 30.28 |
| Total Principal to be Paid: | $ | 16,901.12 |
| Estimated Amount of Interest to be Paid During Repayment: | $ | 7,101.68 |
| Estimated Total Amount to be Paid: | $ | 24,002.80 |

If we can help you further, please let us know.

Customer Service

**Loan Information** *If you have questions or concerns about your account, write to us at the address provided above.*
The list below includes all the loans in your account with us. Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| * 09/04/90 | $ 3,913.00 | $ 4,339.88 | 7.870 | STAF-SUB |
| * 04/30/92 | 1,000.00 | 1,109.11 | 7.870 | STAF-SUB |
| * 08/20/91 | 4,000.00 | 4,436.35 | 7.870 | STAF-SUB |
| * 10/13/92 | 2,000.00 | 2,215.74 | 7.720 | STAF-SUB |
| * 05/05/93 | 1,000.00 | 553.96 | 7.720 | STAF-SUB |
| * 08/26/93 | 2,000.00 | 2,215.74 | 7.720 | STAF-SUB |

PHONE (888) 272-5543 • FAX (800) 848-1949 • TDD TTY (888) 833-7562 • 24 HRS, 7 DAYS • www.salliemae.com

591485051146335399



H003   SYSTEM   0001         p.10

ACCOUNT NUMBER: **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-1**

Page 2                                                                 05/02/00

## Loan Information

The list below includes all the loans in your account with us. Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| * 03/03/94 | $ 1,750.00 | $ 2,030.34 | 7.720 | STAF-SUB |