UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　CASE NO.: 00-6134-CR-DIMITROULEAS

　　Plaintiff,

vs.

YVONNE RHODEN MORGAN,

　　Defendant.
_____/

## NOTICE OF FILING

COMES NOW the Defendant, YVONNE RHODEN MORGAN, by and through her undersigned counsel and with leave of the Court files the attached copy of the Defendant's Certificate of Naturalization in support of the above-styled case.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent this 15th day of September, 2000 to Roger Powell, Esquire, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

> ENTIN, MARGULES & DELLA FERA, P.A.
> 200 East Broward Boulevard
> Suite 1210
> Fort Lauderdale, Florida 33301
> Telephone:　(954) 761-7201
> Facsimile:　(954) 767-8343
>
> By: _____
> 　　ALVIN E. ENTIN
> 　　Fla. Bar No.: 127027



# THE UNITED STATES OF AMERICA

# CERTIFICATE OF NATURALIZATION

No. 22811100

Personal description of holder as of date of naturalization:

Date of birth: JULY 6, 1964
Sex: FEMALE
Height: 5 feet 05 inches
Marital status: SINGLE
Country of former nationality:
JAMAICA

INS Registration No: A38 579 992

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

Yvonne Rhoden Morgan
(complete and true signature of holder)

Be it known that, pursuant to an application filed with the Attorney General

at: MIAMI, FL

The Attorney General having found that:

YVONNE RHODEN MORGAN

then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony held at:

U.S. IMMIGRATION & NATURALIZATION SERVICE

MIAMI, FL

on: AUGUST 11, 1996

that such person is admitted as a citizen of the United States of America.

Doris Meissner
Commissioner of Immigration and Naturalization

DEPARTMENT OF JUSTICE

Yvonne Rhoden Morgan

IT IS PUNISHABLE BY U S LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

FORM N 550 REV 6-91