**CRIMINAL MINUTES**

FILED by _____ D.C.
SEP 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6134-CR-WPD   DATE: September 15, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Frank Smith   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Yvonne Rhoden Morgan

U.S. ATTORNEY: Roger Powell   DEFT. COUNSEL: Alvin Entin

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
3 years probation, 50 hours community
service per year. $500.00 Fine, $100.00
Assessment

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Court allows deft to photocopy Naturalization
Certificate & to supplement Court file w/ Certificate
Deft Informed of Right to Appeal.