# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **YVONNE RHODEN MORGAN** | Case Number: **0:00CR06134-001** |
| | Alvin Entin, Esq./Roger Powell, AUSA |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) **1**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1542 | False Statement in an Application for a Passport | 04/06/2000 | 1 |

FILED by _TB_ D.C.

SEP 18 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

The defendant is sentenced as provided in pages 2 through **6** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) **all remaining** are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: **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** | 09/15/2000 |
| Defendant's Date of Birth: **07/06/1964** | Date of Imposition of Judgment |
| Defendant's USM No.: **55319-004** | |
| Defendant's Residence Address: | |
| **7920 NW 89th Avenue** | |
| | Signature of Judicial Officer |
| **Tamarac** | **WILLIAM P. DIMITROULEAS** |
| | **UNITED STATES DISTRICT JUDGE** |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| **7920 NW 89th Avenue** | |
| | September 18, 2000 |
| **Tamarac** | Date |



FILED
'00 OCT 16 A9:55

No further action required by the U.S. Marshals Service.

JAMES A. TASSONE
UNITED STATES MARSHAL

SDUSM
ED. PURCHASE